US Bank National Association, as Trustee, 3476 Stateview Boulevard, Fort Mill, SC 29715, Respondent, v Stephen J. Harding, Appellant, et al., Defendants. [998 NYS2d 667]—

In an action to foreclose a mortgage, the defendant Stephen J. Harding appeals from an order of the Supreme Court, Queens County (James J. Golia, J.), entered May 3, 2013, which denied his motion to vacate, inter alia, a prior order of reference, to dismiss the complaint insofar as asserted against him pursuant to CPLR 3211 (a) (8) for lack of personal jurisdiction, or, in the alternative, pursuant to CPLR 3012 (d) to extend his time to answer the complaint.

Ordered that the order is affirmed, with costs.

Contrary to the contention of the defendant Stephen J. Harding, he was properly served with process pursuant to CPLR 308 (4) (see *JPMorgan Chase Bank, N.A. v Szajna*, 72 AD3d 902, 903 [2010]). Accordingly, the Supreme Court properly denied those branches of his motion which were to vacate, inter alia, a prior order of reference and to dismiss the complaint insofar as asserted against him pursuant to CPLR 3211 (a) (8) for lack of personal jurisdiction.

Since the only excuse Harding offered for his failure to answer the complaint was that service of process was improper, that branch of his motion which was to extend the time to answer was properly denied (see *Bank of N.Y. v Espejo*, 92 AD3d 707, 708 [2012]). Balkin, J.P., Chambers, Hinds-Radix and Maltese, JJ., concur.